## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DOMINIC ROSSANO, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-01353-JMG |
| | : | |
| MAXON, *et al.,* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   3rd   day of March, 2023, upon consideration of Defendant Maxon Industries, Inc.'s Motion in Limine to Preclude Plaintiff Dominic Rossano's Experts Nobilini and Clauser (ECF No. 68),  Morgan Truck Body's Reply Joining Defendant Maxon's Motion in Limine (ECF No. 73), Plaintiff's Response in Opposition of Defendant Maxon's Motion in Limine (ECF No. 75), any replies and exhibits thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Morgan's Motion to Join Defendant Maxon's Motion in Limine (ECF No. 73) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Maxon's Motion in Limine (ECF No. 68) is **GRANTED IN PART AND DENIED IN PART**.  Defendant Maxon's Motion in Limine is **GRANTED** concerning the preclusion of expert Craig Clauser. Defendant Maxon's Motion in Limine is **DENIED** concerning the preclusion of expert Robert Nobilini, Ph.D.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge